

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00674-CV

**IN THE INTEREST OF J.R.L., ET AL., CHILDREN,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00631
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on September 19, 2018. The court reporter's record was thus due on October 1, 2018. On October 18, 2018, the court reporter filed a Notification of Late Record stating that she will be unable to file the reporter's record until October 29, 2018.

The notification of late record is NOTED. **<u>We ORDER the reporter's record to be filed no later than October 29, 2018</u>**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court